Martin Ellison (CA Bar No. 292060)
martin.ellison@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant
*BMW of North America, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONSCREEN DYNAMICS, LLC<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA LLC,<br><br>Defendant. | CASE NO. 2:21-CV-06796-MCS(AGRx)<br><br>**DEFENDANT BMW OF NORTH AMERICA, LLC'S COUNTERCLAIM TO PLAINTIFF ONSCREEN DYNAMICS, LLC'S COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:   Hon. Mark C. Scarsi |

# COUNTERCLAIM

1. Pursuant to Fed. R. Civ. P. 13, Counter-Plaintiff BMW of North America, LLC ("BMW NA"), complains and alleges against Counter-Defendant, Onscreen Dynamics, LLC ("Onscreen Dynamics"), as follows:

## NATURE OF THE LAWSUIT

2. This Counterclaim is an action for a declaration of patent non-infringement and invalidity arising under the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, and the patent laws of the United States, 35 U.S.C. § 1, *et seq.*

## PARTIES

3. BMW of North America, LLC is a limited liability company organized and existing under the laws of the State of Delaware, with a place of business at 300 Chestnut Road, Woodcliff Lake, NJ 07677.

4. The Complaint alleges that Onscreen Dynamics is a limited liability company organized under the laws of the State of Delaware with a place of business at 717 N. Union Street, Wilmington, DE 19805.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over these counterclaims based on 28 U.S.C. §§ 1331, 1338, 2201-02 and under Fed. R. Civ. P. 13(a) in that this is a compulsory counterclaim to the allegations of the Complaint.

6. Venue is proper in this judicial district because the declaratory relief sought is a compulsory counterclaim to claims filed by Onscreen Dynamics in this case and pursuant to 28 U.S.C. §§ 1367 and 1391(b).

7. This Court has personal jurisdiction over Onscreen Dynamics, *inter alia*, because Onscreen Dynamics has submitted to personal jurisdiction herein by filing its Complaint in this Court.

## COUNT I

## DECLARATORY JUDGMENT

8. BMW NA repeats and re-alleges and incorporates herein the foregoing

responses and allegations.

9. By virtue of the Complaint filed by Onscreen Dynamics in this action, there is an actual and justiciable controversy between BMW NA and Onscreen Dynamics concerning non-infringement, invalidity, and unenforceability with respect to the '917 and '663 patents. A judicial declaration is needed and appropriate to resolve this controversy.

10. BMW NA seeks a declaration that the products made, used, imported, sold or offered for sale by BMW NA have not and do not infringe, directly or indirectly, any valid and enforceable claim of the '917 and '663 patents.

11. BWNA seeks a declaration that the '917 and '663 patents are invalid under one or more provisions under Title 35 of the United States Code, including §§ 101, 102, 103, and/or 112.

12. BMW NA seeks a declaration that the '917 and '663 patents are unenforceable against BMW NA due to the doctrine of prosecution laches.

13. The actions of Onscreen Dynamics qualify as an exceptional case under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

**WHEREFORE**, BMW NA respectfully requests that this Court:

A. Dismiss Onscreen Dynamics's Complaint with prejudice;

B. Order and adjudge that Plaintiff Onscreen Dynamics takes nothing by way of its Complaint;

C. Order and adjudge that BMW NA has not infringed any valid and enforceable claims of the '917 and '663 patents;

D. Order and adjudge that the claims of the '917 and '663 patents are invalid and/or unenforceable;

E. Order and adjudge that this case is exceptional pursuant to 35 U.S.C. § 285, and award BMW NA its reasonable attorney's fees; and

F. Grant BMW NA such further relief as this Court deems just and

1  appropriate.

2  **JURY TRIAL DEMANDED**

3  BMW NA hereby demands a jury trial on all issues so triable in this case.

4

5  Dated: October 15, 2021

6  DLA PIPER LLP (US)

7  By /s/ *Martin Ellison*

8  Martin Ellison (CA Bar No. 292060)
   martin.ellison@us.dlapiper.com
9  DLA PIPER LLP (US)
   2000 Avenue of the Stars
10 Suite 400, North Tower
   Los Angeles, CA 90067-4704
11 Tel: 310.595.3000
   Fax: 310.595.3300
12
13 Attorneys for Defendant
   *BMW of North America, LLC*